UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                              CASE NO. 8:09-cr-349-T-30TGW

PASCAUL GARNICA,
        a/k/a Erasmo Pascaul Garnica


**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 81)

of the United States of America for Entry of a Forfeiture Money Judgment against

defendant Pascaul Garnica in the amount of $6,750.00 in U.S. currency, pursuant

to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of

Criminal Procedure, which, at sentencing, will be a final judgment of forfeiture as to

defendant Pascaul Garnica's interest in property subject to forfeiture.

WHEREAS the Court, being fully advised in the premises, finds that the

government has established that the defendant obtained drug proceeds in the amount

of $6,750.00, as a result of the conspiracy charged in Count One of the Indictment, in

violation of 21 U.S.C. §§ 841(a)(1), 846, and 841(b)(1)(A)(iii), for which the

defendant has been adjudicated guilty. (Doc. 76).

And WHEREAS, pursuant to the provisions of 21 U.S.C. § 853(p), the United

States is entitled to forfeiture of any property belonging to the defendant in

satisfaction of such money judgment.  Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the motion (Doc. 81) of the United States is **GRANTED**.

IT IS FURTHER **ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), defendant Pascaul Garnica is jointly and severally liable to the United States of America, with co-defendants Isaac B. Hernandez and Jamie V. Valenzuela for a forfeiture money judgment in the amount of $6.750.00.

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 13, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-349.pascaul 81.wpd